NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000493
15-OCT-2013
09:23 AM

NO. CAAP-12-0000493

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


DERA DEVELOPMENT, LLC
KENNETH KUDO, member,
Plaintiff/Counterclaim-Defendant/Appellant/Cross-Appellee
v.
ANITA MITCHELL and MICHAEL SAKELL,
Defendant/Counterclaim-Plaintiff/Appellee/Cross-Appellant


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
(CASE NO. 3RC10-1-609)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of Defendant/Counterclaim-Plaintiff/Appellee/Cross-Appellant Anita Mitchell's motion for reconsideration filed on October 7, 2013, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, October 15, 2013.


Chief Judge


Associate Judge


Associate Judge